IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**RONALD B. COLLINS**                                                                                    **PLAINTIFF**

v.                                      Case No. 2:23-CV-00068-LPR

**SOUTHEAST ARKANSAS COMMUNITY**
**ACTION CORPORATION, et al.**                                                              **DEFENDANTS**

## ORDER

The Court previously granted Ronald Collins *in forma pauperis* status and screened his Complaint.[1] Because Mr. Collins's Complaint was conclusorily pled and failed to state a viable claim, he was given 30 days to address the pleading deficiencies by filing an amended complaint.[2] Mr. Collins was warned that "[a]ny amended complaint must set out the facts and claims in a plainly stated, organized manner and include any supporting documents or letters to aid in determining Mr. Collins's claims."[3] The deadline for the Amended Complaint is June 21, 2023.[4]

Mr. Collins has filed a document purporting to be an Amended Complaint.[5] But in substance it is not an Amended Complaint. In the document, Mr. Collins does not set forth his claims; instead, he asks for the appointment of counsel.[6] His request is DENIED. A civil litigant has no constitutional or statutory right to counsel, and the decision whether to make an appointment is within the Court's discretion.[7] Here, there is nothing approaching plausible allegations yet. And

---

[1] Order (Doc. 4).

[2] *Id*. at 2.

[3] *Id*.

[4] *Id.*

[5] Am. Compl. (Doc. 5).

[6] *Id*. at 4.

[7] *Stevens v. Redwing*, 146 F.3d 538, 546 (8th Cir. 1998) ("A pro se litigant has no statutory or constitutional right to have counsel appointed in a civil case.").

it is not clear that Mr. Collins has attempted to retain counsel on his own.  In such circumstances, appointment of counsel is not warranted.

Mr. Collins has until Wednesday, June 21, 2023, to file an amended complaint that complies with the Court's May 22, 2023 Order.  Otherwise, this case will be dismissed without prejudice.

IT IS SO ORDERED this 20th day of June 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE