**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**RONALD B. COLLINS**                                                                                                    **PLAINTIFF**

v.                                                    No. 2:23-CV-00068-LPR

**SOUTHEAST ARKANSAS COMMUNITY**
**ACTION CORPORATION, et al.**                                                                      **DEFENDANTS**

## ORDER

On May 22, 2023, the Court screened Mr. Collins's Complaint and found that it failed to state a viable claim.[1] The Court gave Mr. Collins 30 days to file an amended complaint and warned him that failure to do so would result in the dismissal of his case.[2] Mr. Collins has not filed an amended complaint, and the deadline to do so has passed.[3] Therefore, Mr. Collins's case will be dismissed without prejudice. An *in forma pauperis* appeal of the instant Order, any prior Orders in this case, and the forthcoming Judgment would not be taken in good faith.[4]

IT IS SO ORDERED this 1st day of August 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Order (Doc. 4).

[2] *Id.* at 2.

[3] On May 31, 2023, Mr. Collins did file a document purporting to be an Amended Complaint (Doc. 5). But, as the Court previously explained in its June 20, 2023 Order, that document is, in substance, a request for the appointment of counsel, and not an amended complaint. *See* Order (Doc. 6).

[4] 28 U.S.C. § 1915(a)(3).